UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PYN TECHNOLOGIES, INC.,

      Plaintiff,

v.

LORENZO SALHI and SILICON VALLEY SOLUTIONS, INC.,

      Defendants.

Civil Action No. 12-4916

**ORDER TO VACATE**

    It appearing that the above-captioned matter was reallocated from the Newark vicinage to the Trenton vicinage and reassigned from the Honorable Claire C. Cecchi to the Honorable Freda L. Wolfson by Order of this Court dated March 12, 2015, pursuant to the Patent Pilot Project; and

    It further appearing that this matter should not have been reallocated and reassigned under the Patent Pilot Project;

    IT IS, this 16th day of March 2015,

    ORDERED that the Court's Order of March 12, 2015 is hereby vacated and this matter shall remain in the Newark vicinage and assigned to the Honorable Claire C. Cecchi.

                                     s/ Jerome B. Simandle
                                JEROME B. SIMANDLE, CHIEF JUDGE